Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 30, 1960

**No. 64932.**—Southwestern Drug Corporation *v.* United States, protests 114986–K and 119495–K (Galveston).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co, Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 64933.**—Federal Wine & Liquor Co. *v.* United States, protest 59/33631(B) (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co, Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 64934.**—S. S. Kresge Co. *v.* United States, protest 58/933 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of switch plates similar in all material respects to those the subject of Abstract 60629, the claim of the plaintiff was sustained.

**No. 64935.**—Imported Arts and Excel Shipping Corp. *v.* United States, protest 253054–K (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), claim of the plaintiffs was sustained.